```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

# ~~KLEIN ZELMAN~~ ROTHERMEL JACOBS & SCHESS LLP

ATTORNEYS AT LAW
485 MADISON AVENUE
NEW YORK, NEW YORK 10022-5803
TEL (212) 935-6020
FAX (212) 753-8101

JANE B. JACOBS
E-MAIL ADDRESS: JJACOBS@KLEINZELMAN.COM

October 29, 2015

**VIA ECF**   **MEMO ENDORSED**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007-1312

Re:   *Valencia v. Mavima Restaurant Corp. et al;* 15 CV 0701 (PKC)(DF)

Dear Judge Castel:

We represent Defendants in this wage claim involving two employees of Defendant Mavima Restaurant Corp. On October 27, 2015 we filed a letter (Docket # 45): (1) advising the Court of our clients' financial difficulties and the likelihood that we would be seeking to withdraw as counsel; and (2) asking that the Court (a) suspend the discovery deadline and (b) refer the matter to mediation. On October 28, 2015, the Court issued an Order (Docket # 46) referring the matter to mediation. However, it is unclear whether the Court has also granted our request to suspend the discovery deadline. Accordingly, we respectfully ask the Court for clarification on this issue.

Respectfully Yours,

Jane B. Jacobs

cc:   Steven B. Ross, Esq. (via e-mail)
      Eric Dawson, Esq. (via e-mail)
      Massimo Carbone (via email and first class mail)

*Handwritten endorsement:* The Court did not suspend the discovery deadlines. Counsel may move to withdraw after discovery is completed in this action. SO ORDERED. /s/ 10-29-15

{00123353;1}