# KLEIN ZELMAN ROTHERMEL JACOBS & SCHESS LLP

ATTORNEYS AT LAW

485 MADISON AVENUE

NEW YORK, NEW YORK 10022-5803

TEL (212) 935-6020

FAX (212) 753-8101

JANE B. JACOBS
E-MAIL ADDRESS: JJACOBS@KLEINZELMAN.COM

November 12, 2015

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11D
New York, New York  10007-1312

Re:     Valencia v. Mavima Restaurant Corp. et al;  15 CV 0701 (PKC)(DF)

Dear Judge Castel:

We represent Defendants (with the exception of individual Defendant Massimo Carbone, who has asked to appear pro se).  On behalf of our clients and Plaintiffs, we advise the Court that we have reached agreement on a settlement amount.  Plaintiffs' counsel has agreed to prepare settlement documents, and we expect to get them to the Court for approval expeditiously.  In the interim, and mindful of the November 16th deadline for completion of depositions, we have cancelled two depositions scheduled for tomorrow in reliance on that settlement

Thank you for your assistance.

Respectfully Yours,

Jane B. Jacobs

cc:     Steven B. Ross, Esq. (via e-mail)
        Eric Dawson, Esq. (via e-mail)
        Massimo Carbone (via e-mail and first class mail)

{00123540;1}