**Ross & Asmar LLC, Attorneys at Law**
**499 Seventh Avenue**
**23rd Floor, South Tower**
**New York, NY  10018**

| Invoice submitted to: |
| --- |
| Emilio Vidal Valencia |
| 218 E. 188th Street, Apt 1W<br>Bronx, NY10458 |

| *Invoice Date* |
| --- |
| May 13, 2016 |

Professional Services

| | | Hours | |
| --- | --- | --- | --- |
| 1/8/2015 ED | Draft<br>Draft Complaint | 1.98 | $595.00 |
| 1/12/2015 SR | Draft<br>Draft Complaint | 0.50 | $200.00 |
| 1/29/2015 SR | Meeting<br>Meeting with ED re Complaint | 0.17 | $66.67 |
| 1/30/2015 ED | Revise<br>Revise Complaint; Prepare Summons<br>and Cover Sheet | 1.00 | $300.00 |
| 2/4/2015 ED | Draft<br>Draft and file Affidavits of service | 1.58 | $475.00 |
| 2/19/2015 ED | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney | 0.17 | $50.00 |
| 3/19/2015 SR | Conference with client<br>Conference with Def atty | 0.40 | $140.00 |
| ED | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney | 0.17 | $50.00 |
| 3/20/2015 SR | Conference with client<br>Conference re damages calc | 0.50 | $175.00 |

| | | Hours | |
|---|---|---|---|
| 3/20/2015 SR | Review<br>Review corr to Ct re conf | 0.20 | $70.00 |
| ED | Revise<br>Damage Calculations | 0.17 | $50.00 |
| 4/1/2015 ED | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney/draft emails/discussions with SR | 0.38 | $95.83 |
| 4/3/2015 ED | Review<br>Review Pay Documents sent by OC | 0.33 | $100.00 |
| 4/21/2015 ED | Draft<br>Draft Initial Conference Letter | 0.75 | $225.00 |
| 4/24/2015 ED | Preparation<br>Preparation: Calculate damages | 0.58 | $175.00 |
| 5/1/2015 SR | Preparation<br>Preparation of damages spreadsheet | 0.60 | $210.00 |
| SR | Conference with client<br>Conference with client | 0.60 | $210.00 |
| 5/4/2015 SR | Review<br>Review damages for client | 0.80 | $280.00 |
| 5/6/2015 SR | Conference with client<br>Conference with client | 0.70 | $245.00 |
| SR | Conference with client<br>Conference with client | 0.80 | $280.00 |
| 5/7/2015 SR | Review<br>Review damages calc and draft email | 0.70 | $245.00 |
| ED | Draft<br>Draft damages calc | 2.00 | $600.00 |
| 5/8/2015 SR | Draft<br>Draft corr and damages | 1.00 | $350.00 |
| SR | Draft<br>Draft damages | 0.80 | $280.00 |

|  |  | Hours |  |
|---|---|---|---|
| 5/11/2015 SR | Review<br>Review Brio R 26 | 0.40 | $140.00 |
| 5/12/2015 SR | Draft<br>Draft corr re settlement | 0.30 | $105.00 |
| 5/14/2015 SR | Draft<br>Draft corr to Ct re amend motion | 0.50 | $175.00 |
| 5/29/2015 ED | Review<br>Review and capture Defendants<br>social media accounts | 0.58 | $175.00 |
| ED | Draft<br>Draft Discovery Demands | 0.33 | $100.00 |
| 6/1/2015 SR | Draft<br>Draft and revise demands | 1.00 | $350.00 |
| ED | Draft<br>Draft Discovery Demands | 3.87 | $1,160.00 |
| ED | Revise<br>Revise and Serve Discovery Demands | 1.28 | $385.00 |
| 6/2/2015 SR | Conference with client<br>Conference with client | 0.60 | $210.00 |
| 6/3/2015 SR | Preparation<br>Preparation of damages and amend<br>complaint | 1.20 | $420.00 |
| ED | Draft<br>Draft Amended Complaint | 1.28 | $385.00 |
| 6/4/2015 SR | Preparation<br>Preparation damages calc. | 0.80 | $280.00 |
| 6/8/2015 ED | Meeting<br>Meeting with client | 0.17 | $50.00 |
| 6/9/2015 ED | Preparation<br>Preparation for meeting with OC | 1.00 | $300.00 |
| ED | Preparation<br>Preparation: Calculation of Damages<br>for Plaintiff Villa | 0.75 | $225.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 6/9/2015 | ED | Meeting<br>Meeting with Opposing Counsel and travel time | 2.50 | $750.00 |
|  | SR | Meeting<br>Meeting with Opposing Counsel and travel time | 2.50 | $1,000.00 |
|  | ED | Draft<br>Draft Motion to Amend Complaint | 3.00 | $900.00 |
|  | SR | Preparation<br>Preparation for meeting with OC | 0.42 | $166.67 |
| 6/10/2015 | ED | Draft<br>Draft Motion to Amend Complaint | 5.20 | $1,560.00 |
| 6/18/2015 | SR | Review<br>Review and analyze damages | 0.80 | $280.00 |
| 6/24/2015 | ED | Review<br>Review Opposition to Motion to Add Parties | 0.58 | $175.00 |
| 7/30/2015 | ED | Draft<br>Draft Responses to Interrogatories and Doc Demands | 1.33 | $400.00 |
| 8/5/2015 | ED | Draft<br>Draft Second Amended Complaint | 0.33 | $100.00 |
| 10/14/2015 | SR | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney | 0.17 | $66.67 |
|  | SR | Meeting<br>Meeting with clients | 0.33 | $133.33 |
| 11/4/2015 | SR | Draft<br>Draft corr to Brio Def | 0.20 | $70.00 |
| 11/10/2015 | SR | Conference with client<br>Conference with clients | 1.00 | $350.00 |
| 11/11/2015 | SR | Conference with client<br>Conference with JJ re settlement, conf clients | 0.80 | $280.00 |

| | | Hours | |
|---|---|---|---|
| 11/24/2015 ED | Draft<br>Draft Settlement | 0.78 | $235.00 |
| 12/1/2015 ED | Draft<br>Draft Settlement | 0.63 | $190.00 |
| 1/12/2016 SR | Review<br>Review settlment agreement | 0.60 | $210.00 |
| 2/2/2016 ED | Review<br>Review Settlement | 0.42 | $125.00 |
| 2/3/2016 ED | Revise<br>Revise draft settlement | 0.67 | $200.00 |
| 2/19/2016 ED | Revise<br>Revise settlement agreement | 0.30 | $90.00 |
| 2/23/2016 SR | Draft<br>Draft settlement revisions | 0.40 | $140.00 |
| 2/24/2016 SR | Draft<br>Draft corr re settle | 0.40 | $140.00 |
| 2/25/2016 SR | Conference with client<br>Conference with JJ | 0.20 | $70.00 |
| SR | Revise<br>revise settlement | 0.30 | $105.00 |
| ED | Revise<br>Revise settlement | 0.50 | $150.00 |
| 3/1/2016 SR | Conference with client<br>Conference with Def atty re<br>settlement and review of settlement | 0.40 | $140.00 |
| 3/2/2016 ED | Meeting<br>Meeting with client (Valencia) | 0.50 | $150.00 |
| ED | Draft<br>Draft letter to Court | 0.17 | $50.00 |
| 4/5/2016 SR | Conference with client<br>Conference with Def atty | 0.30 | $120.00 |

|  |  | Hours |  |  |
|---|---|---|---|---|
| 4/7/2016 ED | Review<br>Review amendments to Settlement<br>Agreement | 0.17 | $50.00 | |
| 4/18/2016 ED | Meeting<br>Meeting with clients | 0.42 | $125.00 | |
| 5/11/2016 ED | Draft<br>Draft Joint letter re settlement | 0.58 | $175.00 | |
| | For professional services rendered | 57.84 | | $18,624.17 |

Additional Charges :

|  |  | Qty/Price |
|---|---|---|
| 1/30/2015 ED | Filing Fee<br>Complaint | 1<br>400.00 |
| 2/4/2015 ED | Service Fee<br>Service Fee: Process Server | 1<br>75.00 |
| | Total additional charges | $475.00 |
| | Total amount of this bill | $19,099.17 |
| | Balance due | $19,099.17 |